UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA MARSH,<br><br>         Plaintiff,<br><br>v.<br><br>MOUNTAIN LION ACQUISITIONS, INC., et al.,<br><br>         Defendant. | Case No.: 15cv1847 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

  Presently before the Court is the parties' Joint Motion to Dismiss. (ECF No. 9.) Good cause appearing, the court hereby **GRANTS** the parties' Joint Motion. This action is **DISMISSED WITH PREJUDICE**. The clerk shall close the file.

  **IT IS SO ORDERED.**

Dated: November 24, 2015

                  *Janis L. Sammartino*
                  Hon. Janis L. Sammartino
                  United States District Judge